(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Asphalt Maintenance Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**dba Johnson Blacktop**<br>**dba Johnson Materials** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **36-3776166** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**825 Hicks Dr.**<br>**Elburn, IL  60119** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Kane** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. 62**<br>**St. Charles, IL  60174** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor  **825 Hicks Dr.**<br>(if different from street address above):  **Elburn, IL** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s)<br>☑ Corporation<br>☐ Partnership<br>☐ Other _____ | ☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

VOLUNTARY PETITION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (12/03)                                                                                         FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Asphalt Maintenance Inc.** |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Michael J. Davis**
  Signature of Attorney for Debtor(s)
  **Michael J. Davis 6197896**
  Printed Name of Attorney for Debtor(s)

_____
Firm Name
  **611 S. Addison Rd.**
  Address
  **Addison, IL  60101**

  **(630) 530-9999**
  Telephone Number
  **February 18, 2005**
  Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel Johnson**
  Signature of Authorized Individual
  **Daniel Johnson**
  Printed Name of Authorized Individual
  **President**
  Title of Authorized Individual
  **February 18, 2005**
  Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
  Signature of Attorney for Debtor(s)              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
  Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                Case No. _____

Asphalt Maintenance Inc. _____   Chapter **7** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 2 | 943,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,038,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,668,835.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | |
| J - Current Expenditures of Individual Debtor(s) | No | | | | |
| Total Number of Sheets in Schedules | | 30 | | | |
| Total Assets | | | 943,000.00 | | |
| Total Liabilities | | | | 3,706,835.00 | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

IN RE **Asphalt Maintenance Inc.**                                      Case No. _____

Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE A - REAL PROPERTY**

IN RE **Asphalt Maintenance Inc.**
_____   Case No. _____
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank St. Charles, Il. Ch. Acct.**  **Oak Brook Bank Oak Brook, Ill Ch. Acct.** | | **0.00**  **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | | **Trade Receivables** | | **340,000.00** |
| 16.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Asphalt Maintenance Inc.

Debtor(s)

Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] · Forms Software Only</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **21 trucks, pickup and dump trucks (estimated value)** | | **200,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Desks and computers, file cabinets** | | **3,000.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **24 consisting of asphalt plant, rollers, pavers, backhoe, misc. support items (Partial list attached)(estimated value)** | | **400,000.00** |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **943,000.00** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

SCHEDULE B - PERSONAL PROPERTY

IN RE **Asphalt Maintenance Inc.**                                                    Case No. _____

_____
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE Asphalt Maintenance Inc.

Debtor(s)

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively,  in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Capital Indemnity Insurance Co.**<br>**P.O. 5900**<br>**Madison, WI  53705** | X | | **Bond Claims secured by assets of company**<br><br>Value $    **943,000.00** | | | | **100,000.00** | |
| Account No.<br><br>**Fifth Third Bank**<br>**P.O. Box 630778**<br>**Cincinnati, OH  45263** | X | | **Equipment Loan secured by Vehicles and equipment, loan incurred Dec. 2002.**<br><br>Value $    **600,000.00** | | | | **604,000.00** | **4,000.00** |
| Account No.<br><br>**Fifth Third Bank**<br>**P.O. Box 630778**<br>**Cincinnati, OH  45263** | | | **Line of Credit secured by receivables incurred January, 2003.**<br><br>Value $ | | | | **1,200,000.00** | **1,200,000.00** |
| Account No.<br><br>**North American Specialty Insurance Co.**<br>**C/O Sedgwick Detert Moran And Arnold**<br>**One North Wacker Dr., St. 4200**<br>**Chicago, IL  60606** | X | | **Claim against bond secured by vehicles, equipment and receivables**<br><br>Value $    **943,000.00** | | | | **134,000.00** | |
| Account No.<br><br><br>Value $ | | | | | | | | |

_____ **0** Continuation Sheets attached

Subtotal
(Total of this page) **2,038,000.00**

(Complete only on last sheet of Schedule D)  **TOTAL** **2,038,000.00**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE **Asphalt Maintenance Inc.** _____   Case No. _____

<div align="center">Debtor(s)</div>

<div align="center">

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

</div>

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Asphalt Maintenance Inc.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A Cut Above Concrete Cutters Inc**<br>**12 Prosper Court**<br>**Lake In The Hills, IL  60102** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br><br>**Airgas North Central**<br>**P. O. Box 802588**<br>**Chicago, IL  60680** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br><br>**Alvarez Landscaping**<br>**15 N 497 Old Sutton Road**<br>**Barrington, IL  60438** | | | **Supplies** | | | | **10,500.00** |
| Account No.<br><br>**American Arbitration Association**<br>**225 N Michigan Avenue, Ste 2527**<br>**Chicago, IL  60601-7601** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br><br>**American Landscaping Inc.**<br>**2233 Palmer Drive, Bldg. C**<br>**Schaumburg, IL  60173** | | | **Supplies** | | | | **860.00** |

_____ **19** Continuation Sheets attached

Subtotal
(Total of this page)    **11,360.00**

(Complete only on last sheet of Schedule F)    **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Asphalt Maintenance Inc.                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Archon Construction**<br>**563 S Route 53**<br>**Addison, IL  60101** | | | **Supplies** | | | | **70,000.00** |
| Account No.<br>**Area Black Soil, Inc**<br>**0 N 259 Hathaway Avenue**<br>**West Chicago, IL  60185** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Arthur J. Lootens & Sons**<br>**0 S 551 Joliet Road**<br>**West Chicago, IL  60185** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Arthur Lootens & Son**<br>**Attn: Bruce Brown**<br>**2000 W Galena Blvd., Ste 201**<br>**Aurora, IL  60506** | | | **Supplies** | | | | **4,900.00** |
| Account No.<br>**Asphalt Stone Company**<br>**520 N Webster**<br>**P. O. Box 1060**<br>**Jacksonville, FL  62651** | | | **Supplies** | | | | **28,000.00** |
| Account No.<br>**At & T**<br>**P. O. Box 9001309**<br>**Louisville, KY  40290-1309** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Aurora Tri-State Fire Protection**<br>**1080 Corporate Blvd.**<br>**Aurora, IL  60504** | | | **Trade debt** | | | X | **unknown** |

Sheet _____**1**_ of _____**19** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)            **102,900.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Asphalt Maintenance Inc.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Batavia Can**<br>**P. O. Box 1593**<br>**Aurora, IL  60507-1593** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**BFI Waste Services Of Aurora**<br>**P. O. Box 9001154**<br>**Louisville, KY  40290-1154** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Boncosky Oil Company**<br>**Dept. 77-52181**<br>**Chicago, IL  60678-2181** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Bonkosky Oil Company**<br>**739 N State Street**<br>**Elgin, IL  60123** | | | **Supplies** | | | | **5,500.00** |
| Account No.<br>**Botts Welding**<br>**P. O. Box 430**<br>**Woodstock, IL  60098** | | | **Supplies** | | | | **1,400.00** |
| Account No.<br>**Botts Welding & Truck Services**<br>**335 N Eastwood Drive**<br>**P. O. Box 430**<br>**Woodstock, IL  60098** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Boughton Trucking & Material**<br>**P. O. Box 1036**<br>**Bedford Park, IL  60499** | | | **Trade debt** | | | X | **unknown** |

Sheet _____ **2** of _____ **19** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **6,900.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Asphalt Maintenance Inc.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**C R Schmidt, Inc**<br>**29 W 002 Main Street, #201A**<br>**Warrenville, IL  60555-3416** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Center Point Energy**<br>**477 E Butterfield Road, Ste 400**<br>**Lombard, IL  60148** | | | **Supplies** | | | | **115,000.00** |
| Account No.<br>**Center Point Energy**<br>**312 W Randolf Street, Ste 300**<br>**Chicago, IL  60606-1721** | | | **Notice purpose only** | | | | **0.00** |
| Account No.<br>**Centeral Laborers**<br>**2 First National Plaza, Ste 400**<br>**20 S Clark Street**<br>**Chicago, IL  60603** | | | **Supplies** | | | | **23,000.00** |
| Account No.<br>**Central Blacktop**<br>**P. O. Box 2080**<br>**LaGrange, IL  60525-8180** | | | **Supplies** | | | | **43,350.00** |
| Account No.<br>**Chase Credit Corporation**<br>**Dept. CH 10460**<br>**Palatine, IL  60055-0460** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**CitiCapital**<br>**P. O. Box 6229**<br>**Carol Stream, IL** | | | **Trade debt** | | | X | **unknown** |

Sheet _____**3**___ of _____**19**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **181,350.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Asphalt Maintenance Inc.                                              Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**City Of Peru<br>1727 Fourth Street<br>P. O. Box 299<br>Peru, IL 61354** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Conoco Phillips<br>1360 P Plaza Office Bldg<br>315 S Johnstone Avenue<br>Bartlesville, OK 74004** | | | **Supplies** | | | | **301,300.00** |
| Account No.<br>**Contract Systems Corporation<br>208 N Washington Street<br>Naperville, IL 60540-4514** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**CPC Inc<br>124 York Road, Ste 248<br>Elmhurst, IL 60126** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**CR Schmidt<br>29 W 002 Main Street, Unit 201A<br>Warrenville, IL 60555** | | | **Supplies** | | | | **11,000.00** |
| Account No.<br>**David Giangrossi<br>One Prudential Plaza, Ste 3800<br>130 E Randolph Street<br>Chicago, IL 60601** | | | **Notice purpose only** | | | | **0.00** |

Sheet _____**4**_ of _____**19** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **312,300.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Asphalt Maintenance Inc.                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Dejana Industries**<br>**110 Summit Avenue**<br>**Mantuale, NJ 07645** | | | **Supplies** | | | | **8,820.00** |
| Account No.<br>**Dekane Equipment Corporation**<br>**P.O. Box 157**<br>**47 W 619 Route 30**<br>**Big Rock, IL 60511** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Dell Financial Services**<br>**P. O. Box 5292**<br>**Carol Stream, IL 60197-5292** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Dennis B. Porick, Ltd.**<br>**63 W Jefferson Street, Ste 100**<br>**Joliet, IL 60432** | | | **Notice purpose only** | | | | **0.00** |
| Account No.<br>**Digovine Hnilo Jordan & Johnson**<br>**2600 E Main Street, Ste 7**<br>**St. Charles, IL 60174** | | | **Supplies** | | | | **11,500.00** |
| Account No.<br>**Double M Trucking**<br>**P. O. Box 158**<br>**Peru, IL 61354** | | | **Supplies** | | | | **70,000.00** |
| Account No.<br>**Dunn Company**<br>**724 N Mercer Street**<br>**Decatur, IL 62522-1699** | | | **Trade debt** | | | X | **unknown** |

Sheet _____**5**____ of _____**19**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                                                **90,320.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Asphalt Maintenance Inc.                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**DuPage Materials**<br>**Attn: Reese Peck**<br>**P. O. Box 786**<br>**Wheaton, IL  60189** | | | **Notice purpose only** | | | | **0.00** |
| Account No.<br>**DuPage Materials**<br>**300 E. Roosevelt Road**<br>**Wheaton, IL  60189** | | | **Supplies** | | | | **32,405.00** |
| Account No.<br>**DuPage Materials Company**<br>**13769 Main Street**<br>**Lemont, IL  60439** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Earth Inc**<br>**1100 N Ellis Avenue**<br>**Bensenville, IL  60106** | | | **Supplies** | | | | **4,955.00** |
| Account No.<br>**Fanslau Color & Sealcoating, Inc**<br>**P. O. Box 6278**<br>**Bloomingdale, IL  60108** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Fifth Third Bank** | | | **Open account** | | | | **1,800.00** |
| Account No.<br>**Finkbiner Equipment Company**<br>**Attn: Jason Harris**<br>**20 N Wacker Drive, Ste 3550**<br>**Chicago, IL  60606** | | | **Supplies** | | | | **40,700.00** |

Sheet _____**6**__ of _____**19** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **79,860.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Asphalt Maintenance Inc.                                    Case No. _____

_____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Finkbiner Equipment Company**<br>**15 W 400 N Frontage Road**<br>**Burr Ridge, IL  60527** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**First Ayd Corporation**<br>**1325 Gateway Drive**<br>**Elgin, IL  60123** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Fox Valley Laborers** | | | **Supplies** | | | | **153,000.00** |
| Account No.<br>**Gary Rinker Trucking**<br>**1625 N 18th Road**<br>**Grand Ridge, IL  61325** | | | **Supplies** | | | | **7,500.00** |
| Account No.<br>**Geomat, Inc**<br>**14 Graham Avenue, Unit A**<br>**Joliet, IL  60436** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**GFC Leasing Company**<br>**P. O. Box 2290**<br>**Madison, WI  53701-2290** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Gordon Flesch Company, Inc**<br>**P. O. Box 992**<br>**Madison, WI  53701-0992** | | | **Trade debt** | | | X | **unknown** |

Sheet _____**7**___ of _____**19**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **160,500.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Asphalt Maintenance Inc.                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**H & H Electric**<br>**2830 Commerce Street**<br>**Franklin Park, IL  60131** | | | **Supplies** | | | | **12,550.00** |
| Account No.<br>**H H Holmes Testing**<br>**170 Shepard Avenue**<br>**Wheeling, IL  60062** | | | **Supplies** | | | | **1,900.00** |
| Account No.<br>**Hinckley Spring Water Company**<br>**P. O. Box 1888**<br>**Bedford Park, IL  60499-1888** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Hydraulic Engineering Professionals, Inc**<br>**189 Poplar Place, Unit 7**<br>**North Aurora, IL  60542** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**IDOT**<br>**2300 S Dirkson Parkway**<br>**Springfield, IL  62764** | | | **Notice purpose only** | | | | **0.00** |
| Account No.<br>**Illinois Dept. Of Transportation**<br>**Bureau Of Construction**<br>**201 W Center Court**<br>**Schaumburg, IL  60196** | | | **Notice purpose only** | | | | **0.00** |
| Account No.<br>**Illinois Power**<br>**P. O. Box 2522**<br>**Decatur, IL  62525-2522** | | | **Trade debt** | | | X | **unknown** |

Sheet _____ **8** of _____ **19** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                    **14,450.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Asphalt Maintenance Inc.
_____
Debtor(s)                                    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**J. Doheny**<br>**102 Marberrry Drive**<br>**Prospect Heights, IL  60070** | | | **Open account** | | | | **880.00** |
| Account No.<br>**Jasco Electric**<br>**2750 Barney Court**<br>**McHenry, IL  60050** | | | **Supplies** | | | | **12,000.00** |
| Account No.<br>**Jasco Electric Corporation**<br>**2750 Barney Court**<br>**McHenry, IL  60050** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**John Dentamaro**<br>**150 S Wacker Drive, Ste 2650**<br>**Chicago, IL  60606** | | | **Notice purpose only** | | | | **0.00** |
| Account No.<br>**Jordan Reich Kohner Mann & Kailas**<br>**4650 N Port Washington Road**<br>**Milwaukee, WI  53212** | | | **Notice purpose only** | | | | **0.00** |
| Account No.<br>**Koch Materials**<br>**Attn: Fred Blitt**<br>**318 Adams Street, Ste 1600**<br>**Chicago, IL  60606** | | | **Supplies** | | | | **42,050.00** |
| Account No.<br>**Landmark Contractors**<br>**474 Summit Street**<br>**Elgin, IL  60120** | | | **Supplies** | | | | **10,700.00** |

Sheet _____**9**___ of _____**19**__ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **65,630.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Asphalt Maintenance Inc.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | X | |
| Landmark Contractors, Inc P. O. Box 1104 Huntley, IL 60142 | | | | | | | unknown |
| Account No. | | | Supplies | | | | |
| Landscapes By Gary Weiss 9314 McConnell Road Woodstock, IL 60098 | | | | | | | 45,800.00 |
| Account No. | | | Trade debt | | | X | |
| Leach Enterprises Inc 4304 Route 176 Crystal Lake, IL 60014 | | | | | | | unknown |
| Account No. | | | Trade debt | | | X | |
| M & M Patio Company 155 S Washington Street Carpentersville, IL 60110-2625 | | | | | | | unknown |
| Account No. | | | Trade debt | | | X | |
| Machinery Components Inc Dept. 20-1124 P. O. Box 5940 Carol Stream, IL 60197 | | | | | | | unknown |
| Account No. | | | Supplies | | | | |
| Maintenance Coatings 543 Woodbury Street South Elgin, IL 60177 | | | | | | | 12,000.00 |
| Account No. | | | Supplies | | | | |
| Marking Specialists P. O. Box 745 Arlington Heights, IL 60005 | | | | | | | 10,200.00 |

Sheet _____ **10** of _____ **19** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **68,000.00**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Asphalt Maintenance Inc.
_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Mat Masters** **P. O. Box 702** **Batavia, IL  60510** | | | **Trade debt** | | | X | **unknown** |
| Account No. **Meyer Material** **1318 E State Street** **Rockford, IL  61104-2228** | | | **Supplies** | | | | **5,000.00** |
| Account No. **Midwest Fence** **900 N Kedzie Avenue** **Chicago, IL  60651** | | | **Supplies** | | | | **5,800.00** |
| Account No. **Midwest Operating Engineers** **Local 150** **6150 Joliet Road** **Countryside, IL  60525** | | | **Supplies** | | | | **11,000.00** |
| Account No. **Morgan Stone & Associates** **1005 Veterans Memorial Blvd., #202** **Kenner, LA  70062** | | | **Notice purpose only** | | | | **0.00** |
| Account No. **National Kurb Kut Of Illinois** **9160 S Route 53** **Naperville, IL  60565** | | | **Trade debt** | | | X | **unknown** |
| Account No. **National Power Rodding** **2500 W Arthington Street** **Chicago, IL  60612** | | | **Supplies** | | | | **905.00** |

Sheet ____**11**____ of ____**19**____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **22,705.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Asphalt Maintenance Inc.
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **National Waterworks, Inc** <br> **P. O. Box 91036** <br> **Chicago, IL 60693-1036** | | | **Trade debt** | | | X | **unknown** |
| Account No. <br> **Neenah Foundry** <br> **P. O. Box 729** <br> **Neenah, WI 54956** | | | **Supplies** | | | | **5,300.00** |
| Account No. <br> **Nes Traffic** <br> **12225 Disk Drive** <br> **Romeoville, IL 60446** | | | **Supplies** | | | | **4,115.00** |
| Account No. <br> **Nicor Gas** <br> **P. O. Box 416** <br> **Aurora, IL 60568-0001** | | | **Trade debt** | | | X | **unknown** |
| Account No. <br> **North Central Laborers** <br> **Daley & George** <br> **2 First National Plaza, Ste 400** <br> **Chicago, IL 60603-1903** | | | **Supplies** | | | | **22,000.00** |
| Account No. <br> **Olive Grove Landscapte** <br> **P.O. Box 802** <br> **Bloomingdale, IL 60108** | | | **Supplies** | | | | **10,355.00** |
| Account No. <br> **Patrick Turner** <br> **2 N LaSalle Street, Ste 1800** <br> **Chicago, IL 60602** | | | **Notice purpose only** | | | | **0.00** |

Sheet _____ **12** of _____ **19** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **41,770.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Asphalt Maintenance Inc.                                    Case No. _____

                     Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Patten Industries**<br>**Attn: Jason Harris**<br>**20 N Wacker Drive, Ste 3550**<br>**Chicago, IL  60606** | | | **Supplies** | | | | **12,475.00** |
| Account No.<br>**Patten Industries**<br>**635 W Lake Street**<br>**Elmhurst, IL  60126** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Patten Tractor**<br>**5055 S Main Street**<br>**Rockford, IL  61102** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Payne & Dolan**<br>**P. O. Box 781**<br>**Waukesha, WI  53187-0781** | | | **Supplies** | | | | **16,600.00** |
| Account No.<br>**Peerless Fence**<br>**3 N 381 Powis Road**<br>**West Chicago, IL  60185** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Prairie Material**<br>**Attn: Gary Vanek**<br>**1250 Larkin Avenue, Ste 100**<br>**Elgin, IL  60123** | | | **Supplies** | | | | **23,210.00** |
| Account No.<br>**Precast Company, Inc**<br>**14 Prosper Company, Unit 11**<br>**Lake In The Hills, IL  60156** | | | **Trade debt** | | | X | **unknown** |

Sheet _____ **13** of _____ **19** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                **52,285.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Asphalt Maintenance Inc.                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Precision Stone**<br>**125 Wood Street**<br>**P. O. Box 218**<br>**West Chicago, IL  60186** | | | **Supplies** | | | | **12,000.00** |
| Account No.<br>**Precision Stone Company**<br>**3 N 340 Limberi Lane**<br>**St. Charles, IL  60175-7655** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Prescast Company**<br>**14 Prospect Court, Unit 11**<br>**Lake In The Hills, IL  60156** | | | **Supplies** | | | | **200,000.00** |
| Account No.<br>**Priority Products, Inc**<br>**320 N 6th Street**<br>**St. Charles, IL  60174-2713** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Quill Corporation**<br>**P. O. Box 94081**<br>**Palatine, IL  60094-4081** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br>**Reliable Materials**<br>**Attn: John Malm**<br>**1730 Park Street, Ste 210**<br>**Naperville, IL  60563** | | | **Supplies** | | | | **26,300.00** |
| Account No.<br>**Rental Service Corporation**<br>**P. O. Box 840514**<br>**Dallas, TX  75284-0514** | | | **Trade debt** | | | X | **unknown** |

Sheet _____ **14** of _____ **19** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **238,300.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Asphalt Maintenance Inc.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Riverstone Group, Inc** <br> **1701 Fifth Avenue** <br> **Moline, IL  61265** | | | **Supplies** | | | | **20,000.00** |
| Account No. <br> **Rohm & Haas** <br> **Attn: Tom Chase** <br> **574 N McLean Blvd., #2B** <br> **Elgin, IL  60123** | | | **Supplies** | | | | **8,850.00** |
| Account No. <br> **Ruiz Construction** <br> **Attn: Kenneth McEvoy** <br> **628 Columbus Street, Ste 107** <br> **Ottawa, IL  61350** | | | **Supplies** | | | | **10,600.00** |
| Account No. <br> **Safety Kleen Systems, Inc** <br> **P. O. Box 650509** <br> **Dallas, TX  75265-0509** | | | **Trade debt** | | | X | **unknown** |
| Account No. <br> **Satellite Shelters Inv** <br> **2530 Xenium Lane N** <br> **Minneapolis, MN  55441-3695** | | | **Trade debt** | | | X | **unknown** |
| Account No. <br> **SBC** <br> **Bill Payment Center** <br> **Chicago, IL  60663-0001** | | | **Trade debt** | | | X | **unknown** |
| Account No. <br> **Scotty's Inc** <br> **3341 S State Street** <br> **Lockport, IL  60441** | | | **Trade debt** | | | X | **unknown** |

Sheet \_\_\_\_**15**\_\_ of \_\_\_\_\_**19** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **39,450.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Asphalt Maintenance Inc.                                    Case No. _____

                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. See's Landscaping 9811 Cogne Station Road Huntley, IL 60142 | | | Supplies | | | | 750.00 |
| Account No. Shorewest Surety Services, Inc. 1127 Prairie Drive, Ste 100 Racine, WI 53406 | | | Trade debt | | | X | unknown |
| Account No. Silt Fencing Midwest 7616 38th Street Kenosha, WI 53144 | | | Trade debt | | | X | unknown |
| Account No. Sprint P. O. Box 650270 Dallas, TX 75265-0270 | | | Trade debt | | | X | unknown |
| Account No. SSACC Inc | | | Supplies | | | | 32,500.00 |
| Account No. Stans Landscaping 16464 W 143rd Street Lockport, IL 60441 | | | Supplies | | | | 25,100.00 |
| Account No. Stripe A Lot 1822 N 41st Road Leland, IL 60531 | | | Supplies | | | | 2,500.00 |

Sheet ____16____ of ____19____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                      60,850.00

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Asphalt Maintenance Inc.
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Suburban Lawn** <br> **41 W 481 Route 38** <br> **Elburn, IL  60119** | | | **Supplies** | | | | **2,280.00** |
| Account No. <br> **T & T Distribution** <br> **304 Fifth Street** <br> **Peru, IL  61354** | | | **Trade debt** | | | X | **unknown** |
| Account No. <br> **Tir Tech Electric Inc** <br> **1320 Enterprise Drive** <br> **Romeoville, IL  60446** | | | **Trade debt** | | | X | **unknown** |
| Account No. <br> **Triple G Enterprises** <br> **5100 Main Street, Ste 200** <br> **Downers Grove, IL  60515** | | | **Supplies** | | | | **20,505.00** |
| Account No. <br> **Twin City Fan** | | | **Supplies** | | | | **4,800.00** |
| Account No. <br> **Underground Pipe & Valve** <br> **P. O. Box 279** <br> **Plainfield, IL  60544** | | | **Supplies** | | | | **1,500.00** |
| Account No. <br> **United Rentals** <br> **3340 48th Avenue** <br> **Moline, IL  61265** | | | **Supplies** | | | | **42,220.00** |

Sheet _____ **17** of _____ **19** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **71,305.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Asphalt Maintenance Inc.                                         Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United Rentals Highway Technologies**<br>**33946 Treasury Center**<br>**Chicago, IL  60694-6300** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br><br>**Valley Block & Supply Company**<br>**13 N 085 Coombs Road**<br>**Elgin, IL  60123** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br><br>**Valley Run Stone**<br>**10425 Joliet Road**<br>**Newark, IL  60541** | | | **Supplies** | | | | **25,700.00** |
| Account No.<br><br>**Verison North**<br>**P. O. Box 920041**<br>**Dallas, TX  75392-0041** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br><br>**Vulcan Construction Materials**<br>**75 Remittance Drive, Ste 3155**<br>**Chicago, IL  60675-3155** | | | **Trade debt** | | | X | **unknown** |
| Account No.<br><br>**Wessels & Pautsch**<br>**2035 Foxfield Drive**<br>**St. Charles, IL  60174** | | | **Supplies** | | | | **20,500.00** |
| Account No.<br><br>**West Bend Mutual**<br>**1900 S 18th Avenue**<br>**West Bend, WI  53095** | | | **Supplies** | | | | **2,400.00** |

Sheet _____ **18** of _____ **19** Continuation Sheets attached to Schedule F

|  | Subtotal (Total of this page) | **48,600.00** |
|---|---|---|
|  | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Asphalt Maintenance Inc.** _____   Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **West Bend Mutual Insurance** <br> **Bin 432** <br> **Milwaukee, WI  53288-0432** | | | Trade debt | | | X | unknown |
| Account No. <br> **West Side Tractor Sales Co.** <br> **P. O. Box 91400** <br> **Chicago, IL  60693** | | | Trade debt | | | X | unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **19** of _____ **19** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**   **1,668,835.00**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Asphalt Maintenance Inc.**
_____   Case No. _____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE **Asphalt Maintenance Inc.**
Debtor(s)

Case No. _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Johnson**<br>**6 N 202 Prairie Valley Dr.**<br>**St. Charles, IL  60175** | **Fifth Third Bank**<br>**P.O. Box 630778**<br>**Cincinnati, OH  45263**<br><br>**North American Specialty Insurance Co.**<br>**C/O Sedgwick Detert Moran And Arnold**<br>**One North Wacker Dr., St. 4200**<br>**Chicago, IL  60606**<br><br>**Capital Indemnity Insurance Co.**<br>**P.O. 5900**<br>**Madison, WI  53705** |
| **Libby Johnson**<br>**6 N 202 Prairie Valley Dr.**<br>**St. Charles, IL  60175** | **North American Specialty Insurance Co.**<br>**C/O Sedgwick Detert Moran And Arnold**<br>**One North Wacker Dr., St. 4200**<br>**Chicago, IL  60606**<br><br>**Capital Indemnity Insurance Co.**<br>**P.O. 5900**<br>**Madison, WI  53705** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE <u>Asphalt Maintenance Inc.</u>                                    Case No. _____

<div align="center">Debtor(s)</div>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that

<div align="right">(Total shown on summary page plus 1)</div>

they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

<div align="right">Debtor</div>

Date: _____        Signature: _____

<div align="right">(Joint Debtor, if any)</div>

<div align="right">[If joint case, both spouses must sign.]</div>

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                             (Required by 11 U.S.C. § 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____

Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Asphalt Maintenance Inc.**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**31** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

<div align="right">(Total shown on summary page plus 1)</div>

Date: **February 18, 2005**_____        Signature: ***/s/ Daniel Johnson***_____

<div align="center">**Daniel Johnson**_____</div>

<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

<div align="center">[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]</div>

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                          Case No. _____

**Asphalt Maintenance Inc.** _____   Chapter **7** _____
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 8,000,000.00 | 2003 - Operation of business |
| 0.00 | 2004 - Operation of business |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Laborers Union<br>Chicago, IL | December, 2004 | 178,000.00 | 0.00 |

None ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Avery Gravel v. Jonson Blacktop | Collection action | Kane County | Pending |
| North American Specialty v. Johnson Blacktop, 04 L 11542 | Collection on bond claim | Cook County, Illinois, Law Division | Pending |
| Conoco Phillips v. Johnson Materials | Collection action | Kane County, Ill | Pending |
| Centerpoint Energies v. Johnson Materials | Collection | Kane County, Ill | Pending |
| Prescast v. Johnson Blacktop | Collection | Kane County, Ill | Pending |
| Olive Grove Landscaping v. Johnson Blacktop | Collection | DuPage County, Ill | Judgment |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Laborers Union Chicago, IL | 12/04 | Bank account at Oak Brook Bank for $178,000 |

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **DiGiovanni, Hnilo, Hordan Jhonsn** | **2001 to present** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **DiGiovanni, Hnilo, Jordan And Johnson** | **2003 Fiscal year** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☐ d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| **Fifth Third Bank**<br>**P.O. Box 630778**<br>**Cincinnati, OH  45263** | **December, 2003** |
| **North American Specialty Insurance Co.**<br>**C/O Sedgwick Detert Moran And Arnold**<br>**One North Wacker Dr., St. 4200**<br>**Chicago, IL  60606** | **March, 2003** |
| **Capital Indemnity Insurance Co.**<br>**P.O. 5900**<br>**Madison, WI  53705** | **March, 2003** |

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Daniel Johnson**<br>**6 N 202 Prairie Valley Dr.**<br>**St. Charles, IL  60175** | **President** | **100%** |

**22. Former partners, officers, directors and shareholders**

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 18, 2005**             Signature: ***/s/ Daniel Johnson***

**Daniel Johnson, President**

<div align="right">Print Name and Title</div>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

**IN RE:**                                                                                                    Case No. _____

**Asphalt Maintenance Inc.** _____    Chapter **7** _____
                                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,500.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,500.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify)

3. The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

<div style="border:1px solid black;">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**February 18, 2005**_____          _**/s/ Michael J. Davis**_____
            Date                                    Signature of Attorney

                                                    _____
                                                    Name of Law Firm

</div>

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                    Case No. _____

Asphalt Maintenance Inc. _____    Chapter **7** _____

                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **134**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 18, 2005** _____    */s/ Daniel Johnson* _____
                                           Debtor

                                           _____
                                           Joint Debtor

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Asphalt Maintenance Inc.
P.O. 62
St. Charles, IL  60174

Arthur Lootens & Son
Attn: Bruce Brown
2000 W Galena Blvd., Ste 201
Aurora, IL  60506

Boughton Trucking & Material
P. O. Box 1036
Bedford Park, IL  60499

611 S. Addison Rd.
Addison, IL  60101

Asphalt Stone Company
520 N Webster
P. O. Box 1060
Jacksonville, FL  62651

C R Schmidt, Inc
29 W 002 Main Street, #201A
Warrenville, IL  60555-3416

A Cut Above Concrete Cutters Inc
12 Prosper Court
Lake In The Hills, IL  60102

At & T
P. O. Box 9001309
Louisville, KY  40290-1309

Capital Indemnity Insurance Co.
P.O. 5900
Madison, WI  53705

Airgas North Central
P. O. Box 802588
Chicago, IL  60680

Aurora Tri-State Fire Protection
1080 Corporate Blvd.
Aurora, IL  60504

Center Point Energy
477 E Butterfield Road, Ste 400
Lombard, IL  60148

Alvarez Landscaping
15 N 497 Old Sutton Road
Barrington, IL  60438

Batavia Can
P. O. Box 1593
Aurora, IL  60507-1593

Center Point Energy
312 W Randolf Street, Ste 300
Chicago, IL  60606-1721

American Arbitration Association
225 N Michigan Avenue, Ste 2527
Chicago, IL  60601-7601

BFI Waste Services Of Aurora
P. O. Box 9001154
Louisville, KY  40290-1154

Centeral Laborers
2 First National Plaza, Ste 400
20 S Clark Street
Chicago, IL  60603

American Landscaping Inc.
2233 Palmer Drive, Bldg. C
Schaumburg, IL  60173

Boncosky Oil Company
Dept. 77-52181
Chicago, IL  60678-2181

Central Blacktop
P. O. Box 2080
LaGrange, IL  60525-8180

Archon Construction
563 S Route 53
Addison, IL  60101

Bonkosky Oil Company
739 N State Street
Elgin, IL  60123

Chase Credit Corporation
Dept. CH 10460
Palatine, IL  60055-0460

Area Black Soil, Inc
0 N 259 Hathaway Avenue
West Chicago, IL  60185

Botts Welding
P. O. Box 430
Woodstock, IL  60098

City Of Peru
1727 Fourth Street
P. O. Box 299
Peru, IL  61354

Arthur J. Lootens & Sons
0 S 551 Joliet Road
West Chicago, IL  60185

Botts Welding & Truck Services
335 N Eastwood Drive
P. O. Box 430
Woodstock, IL  60098

Commonwealth Edison
Bill Payment Center
Chicago, IL  60668-0001

Conoco Phillips
1360 P Plaza Office Bldg
315 S Johnstone Avenue
Bartlesville, OK  74004

Dennis B. Porick, Ltd.
63 W Jefferson Street, Ste 100
Joliet, IL  60432

Finkbiner Equipment Company
Attn: Jason Harris
20 N Wacker Drive, Ste 3550
Chicago, IL  60606

Contract Systems Corporation
208 N Washington Street
Naperville, IL  60540-4514

Digovine Hnilo Jordan & Johnson
2600 E Main Street, Ste 7
St. Charles, IL  60174

Finkbiner Equipment Company
15 W 400 N Frontage Road
Burr Ridge, IL  60527

CPC Inc
124 York Road, Ste 248
Elmhurst, IL  60126

Double M Trucking
P. O. Box 158
Peru, IL  61354

First Ayd Corporation
1325 Gateway Drive
Elgin, IL  60123

CR Schmidt
29 W 002 Main Street, Unit 201A
Warrenville, IL  60555

Dunn Company
724 N Mercer Street
Decatur, IL  62522-1699

Gary Rinker Trucking
1625 N 18th Road
Grand Ridge, IL  61325

Daniel Johnson
6 N 202 Prairie Valley Dr.
St. Charles, IL  60175

DuPage Materials
Attn: Reese Peck
P. O. Box 786
Wheaton, IL  60189

Geomat, Inc
14 Graham Avenue, Unit A
Joliet, IL  60436

Dave Reed
Fifth Third Bank
9400 S. Cicero
Oak Lawn, IL  60453

DuPage Materials
300 E. Roosevelt Road
Wheaton, IL  60189

GFC Leasing Company
P. O. Box 2290
Madison, WI  53701-2290

David Giangrossi
One Prudential Plaza, Ste 3800
130 E Randolph Street
Chicago, IL  60601

DuPage Materials Company
13769 Main Street
Lemont, IL  60439

Gordon Flesch Company, Inc
P. O. Box 992
Madison, WI  53701-0992

Dejana Industries
110 Summit Avenue
Mantuale, NJ  07645

Earth Inc
1100 N Ellis Avenue
Bensenville, IL  60106

H & H Electric
2830 Commerce Street
Franklin Park, IL  60131

Dekane Equipment Corporation
P.O. Box 157
47 W 619 Route 30
Big Rock, IL  60511

Fanslau Color & Sealcoating, Inc
P. O. Box 6278
Bloomingdale, IL  60108

H H Holmes Testing
170 Shepard Avenue
Wheeling, IL  60062

Dell Financial Services
P. O. Box 5292
Carol Stream, IL  60197-5292

Fifth Third Bank
P.O. Box 630778
Cincinnati, OH  45263

Hinckley Spring Water Company
P. O. Box 1888
Bedford Park, IL  60499-1888

**Hydraulic Engineering Professionals, Inc**
**189 Poplar Place, Unit 7**
**North Aurora, IL  60542**

**Landmark Contractors**
**474 Summit Street**
**Elgin, IL  60120**

**Meyer Material**
**1318 E State Street**
**Rockford, IL 61104-2228**

**IDOT**
**2300 S Dirkson Parkway**
**Springfield, IL 62764**

**Landmark Contractors, Inc**
**P. O. Box 1104**
**Huntley, IL  60142**

**Midwest Fence**
**900 N Kedzie Avenue**
**Chicago, IL  60651**

**Illinois Dept. Of Transportation**
**Bureau Of Construction**
**201 W Center Court**
**Schaumburg, IL 60196**

**Landscapes By Gary Weiss**
**9314 McConnell Road**
**Woodstock, IL 60098**

**Midwest Operating Engineers**
**Local 150**
**6150 Joliet Road**
**Countryside, IL  60525**

**Illinois Power**
**P. O. Box 2522**
**Decatur, IL 62525-2522**

**Leach Enterprises Inc**
**4304 Route 176**
**Crystal Lake, IL  60014**

**Morgan Stone & Associates**
**1005 Veterans Memorial Blvd., #202**
**Kenner, LA 70062**

**J. Doheny**
**102 Marberrry Drive**
**Prospect Heights, IL  60070**

**Libby Johnson**
**6 N 202 Prairie Valley Dr.**
**St. Charles, IL  60175**

**National Kurb Kut Of Illinois**
**9160 S Route 53**
**Naperville, IL  60565**

**Jasco Electric**
**2750 Barney Court**
**McHenry, IL  60050**

**M & M Patio Company**
**155 S Washington Street**
**Carpentersville, IL  60110-2625**

**National Power Rodding**
**2500 W Arthington Street**
**Chicago, IL  60612**

**Jasco Electric Corporation**
**2750 Barney Court**
**McHenry, IL  60050**

**Machinery Components Inc**
**Dept. 20-1124**
**P. O. Box 5940**
**Carol Stream, IL  60197**

**National Waterworks, Inc**
**P. O. Box 91036**
**Chicago, IL  60693-1036**

**John Dentamaro**
**150 S Wacker Drive, Ste 2650**
**Chicago, IL  60606**

**Maintenance Coatings**
**543 Woodbury Street**
**South Elgin, IL  60177**

**Neenah Foundry**
**P. O. Box 729**
**Neenah, WI  54956**

**Jordan Reich Kohner Mann & Kailas**
**4650 N Port Washington Road**
**Milwaukee, WI  53212**

**Marking Specialists**
**P. O. Box 745**
**Arlington Heights, IL  60005**

**Nes Traffic**
**12225 Disk Drive**
**Romeoville, IL  60446**

**Koch Materials**
**Attn: Fred Blitt**
**318 Adams Street, Ste 1600**
**Chicago, IL  60606**

**Mat Masters**
**P. O. Box 702**
**Batavia, IL  60510**

**Nicor Gas**
**P. O. Box 416**
**Aurora, IL  60568-0001**

North American Specialty Insurance Co.
C/O Sedgwick Detert Moran And Arnold
One North Wacker Dr., St. 4200
Chicago, IL  60606

North Central Laborers
Daley & George
2 First National Plaza, Ste 400
Chicago, IL  60603-1903

Olive Grove Landscapte
P.O. Box 802
Bloomingdale, IL  60108

Patrick Turner
2 N LaSalle Street, Ste 1800
Chicago, IL  60602

Patten Industries
Attn: Jason Harris
20 N Wacker Drive, Ste 3550
Chicago, IL  60606

Patten Industries
635 W Lake Street
Elmhurst, IL  60126

Patten Tractor
5055 S Main Street
Rockford, IL  61102

Payne & Dolan
P. O. Box 781
Waukesha, WI  53187-0781

Peerless Fence
3 N 381 Powis Road
West Chicago, IL  60185

Prairie Material
Attn: Gary Vanek
1250 Larkin Avenue, Ste 100
Elgin, IL  60123

Precast Company, Inc
14 Prosper Company, Unit 11
Lake In The Hills, IL  60156

Precision Stone
125 Wood Street
P. O. Box 218
West Chicago, IL  60186

Precision Stone Company
3 N 340 Limberi Lane
St. Charles, IL  60175-7655

Prescast Company
14 Prospect Court, Unit 11
Lake In The Hills, IL  60156

Priority Products, Inc
320 N 6th Street
St. Charles, IL  60174-2713

Quill Corporation
P. O. Box 94081
Palatine, IL  60094-4081

Reliable Materials
Attn: John Malm
1730 Park Street, Ste 210
Naperville, IL  60563

Rental Service Corporation
P. O. Box 840514
Dallas, TX  75284-0514

Riverstone Group, Inc
1701 Fifth Avenue
Moline, IL  61265

Rohm & Haas
Attn: Tom Chase
574 N McLean Blvd., #2B
Elgin, IL  60123

Ruiz Construction
Attn: Kenneth McEvoy
628 Columbus Street, Ste 107
Ottawa, IL  61350

Safety Kleen Systems, Inc
P. O. Box 650509
Dallas, TX  75265-0509

Satellite Shelters Inv
2530 Xenium Lane N
Minneapolis, MN  55441-3695

SBC
Bill Payment Center
Chicago, IL  60663-0001

Scotty's Inc
3341 S State Street
Lockport, IL  60441

See's Landscaping
9811 Cogne Station Road
Huntley, IL  60142

Shorewest Surety Services, Inc.
1127 Prairie Drive, Ste 100
Racine, WI  53406

Silt Fencing Midwest
7616 38th Street
Kenosha, WI  53144

Sprint
P. O. Box 650270
Dallas, TX  75265-0270

Stans Landscaping
16464 W 143rd Street
Lockport, IL  60441

Stripe A Lot
1822 N 41st Road
Leland, IL  60531

Verison North
P. O. Box 920041
Dallas, TX  75392-0041

Suburban Lawn
41 W 481 Route 38
Elburn, IL  60119

Vulcan Construction Materials
75 Remittance Drive, Ste 3155
Chicago, IL  60675-3155

T & T Distribution
304 Fifth Street
Peru, IL  61354

Wessels & Pautsch
2035 Foxfield Drive
St. Charles, IL  60174

Tir Tech Electric Inc
1320 Enterprise Drive
Romeoville, IL  60446

West Bend Mutual
1900 S 18th Avenue
West Bend, WI  53095

Triple G Enterprises
5100 Main Street, Ste 200
Downers Grove, IL  60515

West Bend Mutual Insurance
Bin 432
Milwaukee, WI  53288-0432

Underground Pipe & Valve
P. O. Box 279
Plainfield, IL  60544

West Side Tractor Sales Co.
P. O. Box 91400
Chicago, IL  60693

United Rentals
3340 48th Avenue
Moline, IL  61265

United Rentals Highway Technologies
33946 Treasury Center
Chicago, IL  60694-6300

Valley Block & Supply Company
13 N 085 Coombs Road
Elgin, IL  60123

Valley Run Stone
10425 Joliet Road
Newark, IL  60541