IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ASPHALT MAINTENANCE, INC., | ) | Case No. 05 B 05645 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on February 9, 2005. Charles J. Myler was appointed Trustee on February 9, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of June 30, 2006 is as follows:

    a.    RECEIPTS (See Exhibit C)    $113,434.97

    b.    DISBURSEMENTS (See Exhibit C)    $0.00

    c.    NET CASH available for distribution    $113,434.97

    d.    TRUSTEE/PROFESSIONAL COSTS:

        1.    Trustee compensation requested    $8,921.75
              (See Exhibit E)
        2.    Trustee Expenses (See Exhibit E)    $189.59
        3.    Compensation requested by
              attorney or other professionals
              for trustee (See Exhibit F)    $17,762.50

5.    The Bar Date for filing unsecured claims expired on June 7, 2005.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. (See Exhibit D) The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.    Allowed unpaid secured claims    $32,942.84

    b.    Chapter 7 administrative and
        28 U.S.C. §1930 claims    $26,873.84

    c.    Allowed Chapter 11 administrative    $0.00
        claims

    d.    Allowed priority claims    $33,042.84

    e.    Allowed unsecured claims    $1,189,585.07

7.    Trustee proposes that unsecured creditors receive a distribution of 4.5% of allowed claims.

8.    Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $17,762.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $17,762.50 See Exhibit G).

9. A fee of $2,500.00 was paid to debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: July 20, 2006

/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602
111 W. Downer Place
Aurora, IL 60506
(630) 897-8475

## TASKS PERFORMED BY TRUSTEE

The debtor corporation, also known as Johnson Blacktop, operated an asphalt/blacktop paving business over several counties in northern Illinois. The sole owner of the corporation was its president, Daniel Johnson. Debtor's principal lender, Fifth Third Bank, claimed a blanket lien on most of debtor's assets. The trustee, along with trustee counsel, reviewed all of the documentation of the bank's claim, including a review of vehicle titles which indicated that numerous vehicles were not subject to the bank's lien. Trustee, along with trustee counsel, also investigated preference payments to labor unions which, under current preference law, did not appear to be recoverable. The bank modified the automatic stay and scheduled an auction. The trustee was able to include estate vehicles in the auction and negotiated with the bank regarding other vehicles for which titles could not be found. Trustee was also contacted by numerous creditors regarding liens on funds for public projects performed by the debtor. Trustee, after attending the auction, worked with the auctioneer to obtain a full accounting, which was submitted to the bankruptcy court, and to provide title to successful bidders. Trustee also worked with trustee counsel in ascertaining and filing objections to 10 of 47 claims filed. All of these were resolved when amended claims were filed. Trustee estimates 40 hours of non-legal trustee time was expended in this estate.

EXHIBIT A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-05645
Case Name: ASPHALT MAINTENANCE INC.
Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 02/09/05 (f)
§341(a) Meeting Date: 03/07/05
Period Ending: 06/30/06
Claims Bar Date: 06/07/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account, 5/3 Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account, OakBrook Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Trade receivables | 340,000.00 | 340,000.00 | | 0.00 | FA |
| 4 | 21 pickup and dump trucks | 200,000.00 | 200,000.00 | DA | 112,732.00 | FA |
| 5 | Office furnishings/equipment<br>Insurance quote requested on 04/26/2005 | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 6 | 24 machines, asphalt plant, rollers, pavers | 400,000.00 | 400,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 702.97 | Unknown |
| 7 | Assets Totals (Excluding unknown values) | $943,000.00 | $943,000.00 | | $113,434.97 | $0.00 |


EXHIBIT b

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-05645
**Case Name:** ASPHALT MAINTENANCE INC.
**Period Ending:** 06/30/06

**Trustee:** (330510) CHARLES J. MYLER
**Filed (f) or Converted (c):** 02/09/05 (f)
**§341(a) Meeting Date:** 03/07/05
**Claims Bar Date:** 06/07/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**
Trustee has sold vehicles not subject to lender liens and will file final report

**Initial Projected Date Of Final Report (TFR):** December 31, 2005    **Current Projected Date Of Final Report (TFR):** June 30, 2006

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-05645 | | Trustee: | CHARLES J. MYLER (330510) |
| Case Name: | ASPHALT MAINTENANCE INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****78-65 - Money Market Account |
| Taxpayer ID #: | 36-3776166 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/30/06 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/22/05 | {4} | All States Auctioneers, Inc. | Vehicle auction sale proceeds | 1129-000 | 99,740.50 | | 99,740.50 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 7.65 | | 99,748.15 |
| 07/18/05 | {4} | All States Auctioneers, Inc. | Remainder of auction sale proceeds | 1129-001 | 12,991.50 | | 112,739.65 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 36.37 | | 112,776.02 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 43.11 | | 112,819.13 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 44.36 | | 112,863.49 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 49.02 | | 112,912.51 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 51.05 | | 112,963.56 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 56.50 | | 113,020.06 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 63.65 | | 113,083.71 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 60.74 | | 113,144.45 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 67.29 | | 113,211.74 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 71.67 | | 113,283.41 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 77.00 | | 113,360.41 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 74.56 | | 113,434.97 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 113,434.97 | 0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| Subtotal | 113,434.97 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $113,434.97 | $0.00 |

$113,434.97



{} Asset reference(s)

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-05645
**Case Name:** ASPHALT MAINTENANCE INC.

**Taxpayer ID #:** 36-3776166
**Period Ending:** 06/30/06

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****78-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | 113,434.97 | 0.00 | 113,434.97 |
| MMA # ***_*****78-65 | | | | $113,434.97 | $0.00 | $113,434.97 |

Printed: 07/19/2006 04:03 PM V.8.02

{} Asset reference(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ASPHALT MAINTENANCE, INC., | ) | Case No. 05 B 05645 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $26,873.84 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims: | $32,942.84 |
| Priority Tax Claims: | $100.00 |
| General Unsecured Claims: | $53,518.29 |

TOTAL AMOUNT TO BE DISTRIBUTED:     $113,434.97

EXHIBIT D

**DISTRIBUTION REPORT**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $26,873.84 | 100 |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| Charles J. Myler, Trustee | $8,921.75 | $8,921.75 |
| Charles J. Myler, Expenses | 189.59 | 189.59 |
| Myler, Ruddy & McTavish, fees | 17,762.50 | 17,762.50 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | 100 |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| | TOTAL | FINAL |

| 5. TYPE OF CLAIMS<br>§507(a)(4) - Contributions to Employee Benefit Plans | AMOUNT OF CLAIMS<br>$0.00 | DIVIDEND % |
|---|---|---|
| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM<br>$ | AMOUNT OF DIVIDEND<br>$ |
| 6. TYPE OF CLAIMS<br>§507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM<br>$ | AMOUNT OF DIVIDEND<br>$ |
| 7. TYPE OF CLAIMS<br>§507(a)(6) - Deposits by consumers to the extent of $900 | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
| CLAIM NO.  CREDITOR | AMOUNT ALLOWED CLAIM<br>$ | AMOUNT OF DIVIDEND<br>$ |
| 8. TYPE OF CLAIMS<br>§724(b) - Tax Liens | TOTAL AMOUNT OF CLAIMS<br>$0 | FINAL DIVIDEND %<br>0 |
| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM<br>$0 | AMOUNT OF DIVIDEND<br>$0 |
| 9. TYPE OF CLAIMS<br>§507(a)(7) - Tax claims excluding fines and penalties | TOTAL AMOUNT OF CLAIMS<br>$33,042.84 | FINAL DIVIDEND %<br>100 |
| CLAIM NO.  CREDITOR<br>46    IRS<br>46    IRS | AMOUNT OF ALLOWED CLAIM<br>$100.00<br>$32,942.84 | AMOUNT OF DIVIDEND<br>$100.00<br>$32,942.84 |
| 10. TYPE OF CLAIMS<br>§507(a)(8) - Capital | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |

Commitments to FDIC, et al.

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|
| 11. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | | $1,189,585.07 | 4.5 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1. | CR Schmidt, Inc. | $0.00 | $0.00 |
| 2. | Double M Trucking | $80,373.29 | $3,616.80 |
| 3. | Aurora Tri-State Protection | $79.70 | $3.59** |
| 4. | Stans Landscaping | $25,092.23 | $1,129.15 |
| 5. | Conoco Phillips | $301,518.28 | $13,561.80 |
| 6. | Batavia Can | $216.00 | $9.72 |
| 7. | Nes Traffic Safety LP | $5,996.95 | $269.86 |
| 8. | Avery Gravel Co. Inc. | $25,673.70 | $1,155.32 |
| 9. | Suburban Lawn | $2,614.98 | $117.67 |
| 10. | HH Holmes Testing | $2,800.56 | $126.03 |
| 11. | Landscapes by Gary Weiss | $42,093.20 | $1,894.19 |
| 12. | United Rentals, Inc. | $27,553.92 | $1,239.93 |
| 13. | Asphalt Stone Co. | $9,506.71 | $427.80 |
| 14. | Asphalt Stone Co. | $18,412.80 | $828.58 |
| 15. | Arthur Lootens & Son, Inc. | $4,867.30 | $219.03 |
| 16&56 amended | Airgas North Central | $754.88 | $33.97 |
| 17. | Finkbiner Equipment Co. | $23,045.18 | $1,037.03 |
| 18. | Patten Industries | $2,006.42 | $90.29 |
| 19. | Botts Welding | $1,561.72 | $70.28 |
| 20. | Wessels & Pautsch | $13,500.16 | $607.51 |
| 21. | Central Blacktop Co., Inc. | $9,303.18 | $418.64 |
| 22. | Hydraulic Engineering Profs | $843.14 | $37.94 |
| 23. | Rohm & Haas | $9,540.82 | $429.34 |
| 24. | Satellite Shelters Inv. | $1,423.42 | $64.05 |
| 25& 57 amended | Ruiz Construction | $10,914.08 | $491.13 |
| 26& 45 amended | Central Laborers | $23,809.70 | $1,071.44 |
| 27. | Midwest Fence | $5,931.88 | $266.93 |
| 28. | Rental Service Corp. | $889.28 | $40.02 |
| 29. | IUOE Local 150 AFL-CIO | $3,877.95 | $174.51 |
| 30& 51 amended | Fringe Benefit Funds | $70.00 | $3.15** |
| 31& 54 amended | Welfare Fund | $8,779.82 | $395.09 |
| 32& 53 amended | Pension Fund | $6,783.78 | $305.27 |

| | | | |
|---|---|---|---|
| 33 & 52 amended. | Operating Engineers Local 150 | $669.17 | $30.11 |
| 34 & 50 amended. | Local 150 UOE Vactn Svng Pln | $2,220.13 | $99.91 |
| 35. | No. Am. Specialty Insrnc Co | $134,024.98 | $6,031.12 |
| 36. | RMI | $1,781.20 | $80.15 |
| 37. | Payne & Dolan | $18,944.00 | $852.48 |
| 38. | DuPage Materials | $32,402.88 | $1,458.13 |
| 39. | Degovine Hnilo et al. | $11,500.00 | $517.50 |
| 40. | Center Point Energy | $144,870.50 | $6,515.92 |
| 41. | H & H Electric | $13,127.75 | $590.75 |
| 46. | IRS | $33.63 | $1.51** |
| 47. | Midwest Op. Engs Welfare | $7,225.85 | 325.16 |
| 48 | Midwest Op. Engs. Pnsn Fund | $5,557.95 | $250.11 |
| 58 | Prescast Co., Inc. | $147,392.00 | $6,629.38 |

** Amounts under $5 to be paid to Bankruptcy Court

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims. | $59,757.54 | 0 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| 42. West Bend Mutual | $0.00 | $0.00 |
| 43. Gary Rinker Trucking | $0.00 | $0.00 |
| 55. Thomas Chase | $0.00 | $0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest (___% from date of filing to anticipated date of distribution (_____) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | |

9

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 44 | Prescast Co.Inc.<br>1 Prudential Plaza<br>130 E. Randolph St., Ste. 3800<br>Chicago, IL 60601 | $147,392.00 | Disallowed |

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: July 20, 2006

Charles J. Myler, Trustee, ARDC# 2008602