UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE:                                          )   Chapter 7
                                                )
ASPHALT MAINTENANCE, INC.,                      )   Case No. 05 B 05645
                                                )
    *Debtor(s).*                                  )   Judge Manuel Barbosa

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  United States Bankruptcy Court
         Kane County Courthouse
         100 S. Third St., Room 140
         Geneva, IL 60134

    On: January 25, 2007          Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                              $113,434.97

    Disbursements                              $0.00

    Net Cash Available for Distribution   $113,434.97

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $8,921.75 | $189.59 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $17,762.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority and secured claims totaling $33,042.84 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $100%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 46 | IRS | $100.00 | $100.00 |
| 46 | IRS | $32,942.84 | $32,942.84 |

7. Claims of general unsecured creditors totaling $1,189,585.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.5%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | CR Schmidt, Inc. | $0.00 | $0.00 |
| 2. | Double M Trucking | $80,373.29 | $3,616.80 |
| 3. | Aurora Tri-State Protection | $79.70 | $3.59** |
| 4. | Stans Landscaping | $25,092.23 | $1,129.15 |
| 5. | Conoco Phillips | $301,518.28 | $13,561.80 |
| 6. | Batavia Can | $216.00 | $9.72 |
| 7. | Nes Traffic Safety LP | $5,996.95 | $269.86 |
| 8. | Avery Gravel Co. Inc. | $25,673.70 | $1,155.32 |
| 9. | Suburban Lawn | $2,614.98 | $117.67 |
| 10. | HH Holmes Testing | $2,800.56 | $126.03 |
| 11. | Landscapes by Gary Weiss | $42,093.20 | $1,894.19 |
| 12. | United Rentals, Inc. | $27,553.92 | $1,239.93 |
| 13. | Asphalt Stone Co. | $9,506.71 | $427.80 |
| 14. | Asphalt Stone Co. | $18,412.80 | $828.58 |
| 15. | Arthur Lootens & Son, Inc | $4,867.30 | $219.03 |
| 16&56 amended. | Airgas North Central | $754.88 | $33.97 |
| 17. | Finkbiner Equipment Co. | $23,045.18 | $1,037.03 |
| 18. | Patten Industries | $2,006.42 | $90.29 |
| 19. | Botts Welding | $1,561.72 | $70.28 |
| 20. | Wessels & Pautsch | $13,500.16 | $607.51 |
| 21. | Central Blacktop Co., Inc. | $9,303.18 | $418.64 |
| 22. | Hydraulic Engineering Profs. | $843.14 | $37.94 |
| 23. | Rohm & Haas | $9,540.82 | $429.34 |
| 24. | Satellite Shelters Inv. | $1,423.42 | $64.05 |
| 25& 57 amended. | Ruiz Construction | $10,914.08 | $491.13 |
| 26& 45 amended. | Central Laborers | $23,809.70 | $1,071.44 |
| 27. | Midwest Fence | $5,931.88 | $266.93 |
| 28. | Rental Service Corp. | $889.28 | $40.02 |
| 29. | IUOE Local 150 AFL-CIO | $3,877.95 | $174.51 |
| 30& 51 amended. | Fringe Benefit Funds | $70.00 | $3.15** |
| 31& 54 amended. | Welfare Fund | $8,779.82 | $395.09 |
| 32& 53 amended. | Pension Fund | $6,783.78 | $305.27 |
| 33& 52 amended. | Operating Engineers Local 150 | $669.17 | $30.11 |
| 34& 50 amended. | Local 150 UOE Vactn Svng | $2,220.13 | $99.91 |
| 35. | No. Am. Specialty Ins Co | $134,024.98 | $6,031.12 |
| 36. | RMI | $1,781.20 | $80.15 |
| 37. | Payne & Dolan | $18,944.00 | $852.48 |
| 38. | DuPage Materials | $32,402.88 | $1,458.13 |
| 39. | Degovine Hnilo et al. | $11,500.00 | $517.50 |
| 40. | Center Point Energy | $144,870.50 | $6,515.92 |
| 41. | H & H Electric | $13,127.75 | $590.75 |
| 46. | IRS | $33.63 | $1.51** |

| | | | |
|---|---|---|---|
| 47. | Midwest Op. Engs Welfare | $7,225.85 | $325.16 |
| 48 | Midwest Op. Engs. Pnsn Fund | $5,557.95 | $250.11 |
| 58. | Prescast Co., Inc. | $147,392.00 | $6,629.38 |

**\*\*** **Amounts under $5 to be paid to Bankruptcy Court**

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

The trustee proposes to abandon the following property at the hearing:

Dated: <u>December 5, 2007</u>　　　　　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　By:　<u>KENNETH S GARDNER</u>
　　　　　　　　　　　　　　　　　　　　　　Kenneth S Gardner
　　　　　　　　　　　　　　　　　　　　　　Clerk of the U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　219 So. Dearborn St., 7th Floor
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604

Trustee:　Charles J. Myler, ARDC#2008602
Address:　111 W. Downer Pl.
　　　　　　Aurora, IL 60506
Phone:　　630-897-8475
Fax:　　　630-897-8076