UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE: ) Chapter 7
)
ASPHALT MAINTENANCE, INC., ) Case No. 05 B 05645
)
    *Debtor(s)*. ) Judge Manuel Barbosa

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION,
AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  United States Bankruptcy Court
         Kane County Courthouse
         100 S. Third St., Room 140
         Geneva, IL 60134

    On: January 25, 2007          Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                              $113,434.97

    Disbursements                              $0.00

    Net Cash Available for Distribution   $113,434.97

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $8,921.75 | $189.59 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $17,762.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority and secured claims totaling $33,042.84 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $100%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 46 | IRS | $100.00 | $100.00 |
| 46 | IRS | $32,942.84 | $32,942.84 |

7.  Claims of general unsecured creditors totaling $1,189,585.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 4.5%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | CR Schmidt, Inc. | $0.00 | $0.00 |
| 2. | Double M Trucking | $80,373.29 | $3,616.80 |
| 3. | Aurora Tri-State Protection | $79.70 | $3.59** |
| 4. | Stans Landscaping | $25,092.23 | $1,129.15 |
| 5. | Conoco Phillips | $301,518.28 | $13,561.80 |
| 6. | Batavia Can | $216.00 | $9.72 |
| 7. | Nes Traffic Safety LP | $5,996.95 | $269.86 |
| 8. | Avery Gravel Co. Inc. | $25,673.70 | $1,155.32 |
| 9. | Suburban Lawn | $2,614.98 | $117.67 |
| 10. | HH Holmes Testing | $2,800.56 | $126.03 |
| 11. | Landscapes by Gary Weiss | $42,093.20 | $1,894.19 |
| 12. | United Rentals, Inc. | $27,553.92 | $1,239.93 |
| 13. | Asphalt Stone Co. | $9,506.71 | $427.80 |
| 14. | Asphalt Stone Co. | $18,412.80 | $828.58 |
| 15. | Arthur Lootens & Son, Inc | $4,867.30 | $219.03 |
| 16&56 amended. | Airgas North Central | $754.88 | $33.97 |
| 17. | Finkbiner Equipment Co. | $23,045.18 | $1,037.03 |
| 18. | Patten Industries | $2,006.42 | $90.29 |
| 19. | Botts Welding | $1,561.72 | $70.28 |
| 20. | Wessels & Pautsch | $13,500.16 | $607.51 |
| 21. | Central Blacktop Co., Inc. | $9,303.18 | $418.64 |
| 22. | Hydraulic Engineering Profs. | $843.14 | $37.94 |
| 23. | Rohm & Haas | $9,540.82 | $429.34 |
| 24. | Satellite Shelters Inv. | $1,423.42 | $64.05 |
| 25& 57 amended. | Ruiz Construction | $10,914.08 | $491.13 |
| 26& 45 amended. | Central Laborers | $23,809.70 | $1,071.44 |
| 27. | Midwest Fence | $5,931.88 | $266.93 |
| 28. | Rental Service Corp. | $889.28 | $40.02 |
| 29. | IUOE Local 150 AFL-CIO | $3,877.95 | $174.51 |
| 30& 51 amended. | Fringe Benefit Funds | $70.00 | $3.15** |
| 31& 54 amended. | Welfare Fund | $8,779.82 | $395.09 |
| 32& 53 amended. | Pension Fund | $6,783.78 | $305.27 |
| 33& 52 amended. | Operating Engineers Local 150 | $669.17 | $30.11 |
| 34& 50 amended. | Local 150 UOE Vactn Svng | $2,220.13 | $99.91 |
| 35. | No. Am. Specialty Ins Co | $134,024.98 | $6,031.12 |
| 36. | RMI | $1,781.20 | $80.15 |
| 37. | Payne & Dolan | $18,944.00 | $852.48 |
| 38. | DuPage Materials | $32,402.88 | $1,458.13 |
| 39. | Degovine Hnilo et al. | $11,500.00 | $517.50 |
| 40. | Center Point Energy | $144,870.50 | $6,515.92 |
| 41. | H & H Electric | $13,127.75 | $590.75 |
| 46. | IRS | $33.63 | $1.51** |

| | | | |
|---|---|---|---|
| 47. | Midwest Op. Engs Welfare | $7,225.85 | $325.16 |
| 48 | Midwest Op. Engs. Pnsn Fund | $5,557.95 | $250.11 |
| 58. | Prescast Co., Inc. | $147,392.00 | $6,629.38 |

**\*\*** **Amounts under $5 to be paid to Bankruptcy Court**

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

The trustee proposes to abandon the following property at the hearing:

Dated: <u>December 5, 2007</u>                                                        For the Court,

                                                By:    <u>KENNETH S GARDNER</u>
                                                       Kenneth S Gardner
                                                       Clerk of the U.S. Bankruptcy Court
                                                       219 So. Dearborn St., 7th Floor
                                                       Chicago, IL 60604

| | |
|---|---|
| Trustee: | Charles J. Myler, ARDC#2008602 |
| Address: | 111 W. Downer Pl. |
| | Aurora, IL 60506 |
| Phone: | 630-897-8475 |
| Fax: | 630-897-8076 |

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                 Page 1 of 3           Date Rcvd: Dec 05, 2006
Case: 05-05645                  Form ID: pdf002             Total Served: 166

The following entities were served by first class mail on Dec 07, 2006.
 db         +Asphalt Maintenance, Inc.,    POB 62,    St Charles, IL 60174-0062
 aty        +Charles S Riecke,    Seyfarth Shaw,    55 East Monroe Street Ste 4200,    Chicago, IL 60603-5863
 aty        +Emily K Muceus,    Stein, Ray, Harris LLP,    222 W Adams Street Ste 1800,    Chicago, IL 60606-5398
 aty        +Jason Martin Chitowski,    801 Warrenville Road Ste 620,    Lisle, IL 60532-4348
 aty        +Michael D. Lee,    Schuyler, Roche & Zwirner,    130 East Randolph Street,    Chicago, IL 60601-6342
 aty        +Michael J Davis,    Springer, Brown, Covey, Gaertner, &Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
 aty        +Reese J Peck,    300 E Roosevelt Rd Ste 300,    Wheaton, IL 60187-1908
 aty        +Richard G Larsen,    Myler Ruddy & McTavish,    111 West Downer Place,    Suite 400,
               Aurora, IL 60506-6110
 aty        +Scott C. Frost,    Stateman, Harris, Siegel & Eyrich,    333 West Wacker Drive,
               Chicago, IL 60606-1220
 tr         +Charles J Myler,    Myler Ruddy & McTavish,    111 W Downer Pl Ste 400,    Aurora, IL 60506-6110
8956237     +611 S Addison Rd,    Addison, IL 60101-4648
8956238     +A Cut Above Concrete Cutters Inc,    12 Prosper Court,    Lake In The Hills, IL 60156-9601
9115314      Airgas North Central,    PO Box 802588,    Chicago, IL 60680-2588
8956239     +Airgas North Central,    10 W 4th Street,    Waterloo, IA 50701-5428
8956240     +Alvarez Landscaping,    15 N 497 Old Sutton Road,    Barrington, IL 60010-9224
8956241     +American Arbitration Association,    225 N Michigan Avenue, Ste 2527,    Chicago, IL 60601-7757
8956242     +American Landscaping Inc.,    2233 Palmer Drive, Bldg. C,    Schaumburg, IL 60173-3806
8956243     +Archon Construction,    563 S Route 53,    Addison, IL 60101-4236
8956244      Area Black Soil, Inc,    0 N 259 Hathaway Avenue,    West Chicago, IL 60185
8956245      Arthur J. Lootens & Sons,    0 S 551 Joliet Road,    West Chicago, IL 60185
8956246     +Arthur Lootens & Son Inc,    Attn: Bruce Brown,    2000 W Galena Blvd., Ste 201,
               Aurora, IL 60506-4486
8956236     +Asphalt Maintenance Inc,    825 Hicks Dr,    Elburn, IL 60119-9062
9094710     +Asphalt Stone Co,    C/O Larry Kuster or Anthony Delgiorno,    232 West State St.,
               Jacksonville, IL 62650-2002
8956247     +Asphalt Stone Company,    520 N Webster,    P. O. Box 1060,    Jacksonville, FL 62651-1060
8956248      At & T,   P. O. Box 9001309,    Louisville, KY 40290-1309
8956249     +Aurora Tri-State Fire Protection,    1080 Corporate Blvd.,    Aurora, IL 60502-9178
9088053     +Avery Gravel Co Inc,    Attorney Noel C Davis,    Banbury , Davis & Erschen PC,    PO Box 938,
               Aurora, IL 60507-0938
8956251      BFI Waste Services Of Aurora,    P. O. Box 9001154,    Louisville, KY 40290-1154
8956250      Batavia Can,    P. O. Box 1593,    Aurora, IL 60507-1593
8956252      Boncosky Oil Company,    Dept. 77-52181,    Chicago, IL 60678-2181
8956253     +Bonkosky Oil Company,    739 N State Street,    Elgin, IL 60123-2144
8956254     +Botts Welding,    P. O. Box 430,    Woodstock, IL 60098-0430
8956255     +Botts Welding & Truck Services,    335 N Eastwood Drive,    P. O. Box 430,
               Woodstock, IL 60098-0430
8956256     +Boughton Trucking & Material,    P. O. Box 1036,    Bedford Park, IL 60499-1036
8956257     +C R Schmidt, Inc,    Chitkowski Law Offices,    801 Warrenville Road Ste 620,    Lisle, IL 60532-4348
8956268      CPC Inc,    124 York Road, Ste 248,    Elmhurst, IL 60126
8956269     +CR Schmidt,    29 W 002 Main Street, Unit 201A,    Warrenville, IL 60555-3419
8956258     +Capital Indemnity Insurance Co.,    P.O. 5900,    Madison, WI 53705-0900
8956260     +Center Point Energy,    312 W Randolf Street, Ste 300,    Chicago, IL 60606-1757
8956259     +Center Point Energy,    477 E Butterfield Road, Ste 400,    Lombard, IL 60148-7013
8956261     +Centeral Laborers,    2 First National Plaza, Ste 400,    20 S Clark Street,
               Chicago, IL 60603-1802
8956262      Central Blacktop,    P. O. Box 2080,    LaGrange, IL 60525-8180
9151635     +Central Blacktop Co Inc,    Patrick Turner,    2 N LaSalle Street Ste., 1800,
               Chicago, IL 60602-3967
8956263     +Chase Credit Corporation,    Dept. CH 10460,    Palatine, IL 60055-0001
8956264     +City Of Peru,    1727 Fourth Street,    P. O. Box 299,    Peru, IL 61354-0299
8956265      Commonwealth Edison,    Bill Payment Center,    Chicago, IL 60668-0001
8956266     +Conoco Phillips,    1360 P Plaza Office Bldg,    315 S Johnstone Avenue,
               Bartlesville, OK 74004-0001
9072734     +ConocoPhillips,    Kohner, Mann & Kailas,    Washington Building,    Barnabas Business Center,
               4650 N Port Washington Road,    Milwaukee, WI 53212-1077
8956267      Contract Systems Corporation,    208 N Washington Street,    Naperville, IL 60540-4514
8956270     +Daniel Johnson,    6 N 202 Prairie Valley Dr.,    St. Charles, IL 60175-8609
8956271     +Dave Reed,    Fifth Third Bank,    9400 S. Cicero,    Oak Lawn, IL 60453-2536
8956272     +David Giangrossi,    One Prudential Plaza, Ste 3800,    130 E Randolph Street,
               Chicago, IL 60601-6207
8956273     +Dejana Industries,    110 Summit Avenue,    Mantuale, NJ 07645-1775
8956274     +Dekane Equipment Corporation,    P.O. Box 157,    47 W 619 Route 30,    Big Rock, IL 60511-0157
8956275      Dell Financial Services,    P. O. Box 5292,    Carol Stream, IL 60197-5292
8956276     +Dennis B. Porick, Ltd.,    63 W Jefferson Street, Ste 100,    Joliet, IL 60432-4337
8956277     +Digovine Hnilo Jordan & Johnson,    2600 E Main Street, Ste 7,    St. Charles, IL 60174-2469
9057051      Double M Trucking,    PO Box 158,    Preu, IL 61354-0158
8956278     +Double M Trucking,    P. O. Box 158,    Peru, IL 61354-0158
8956280     +DuPage Materials,    Attn: Reese Peck,    P. O. Box 786,    Wheaton, IL 60189-0786
8956281     +DuPage Materials,    300 E. Roosevelt Road,    Wheaton, IL 60187-1908
8956282     +DuPage Materials Company,    13769 Main Street,    Lemont, IL 60439-9371
8956279      Dunn Company,    724 N Mercer Street,    Decatur, IL 62522-1699
8956283     +Earth Inc,    1100 N Ellis Avenue,    Bensenville, IL 60106-1117
8956285    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,    GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     P.O. Box 630778,    Cincinnati, OH 45263-0778)
8956284     +Fanslau Color & Sealcoating, Inc,    P. O. Box 6278,    Bloomingdale, IL 60108-6278
8956287      Finkbiner Equipment Company,    15 W 400 N Frontage Road,    Burr Ridge, IL 60527
8956286     +Finkbiner Equipment Company,    Attn: Jason Harris,    20 N Wacker Drive, Ste 3550,
               Chicago, IL 60606-3187
8956288     +First Ayd Corporation,    1325 Gateway Drive,    Elgin, IL 60124-7866
```

```
District/off: 0752-1           User: amcc7                  Page 2 of 3                   Date Rcvd: Dec 05, 2006
Case: 05-05645                 Form ID: pdf002              Total Served: 166

9372710       Fringe Benefit Funds,   Catherine M Chapman,   Baum Sigman Auerbach & Neuman LTD,
               200 W Adams Ste Ste 2200,   Chicago, IL 60606-5231
8956291       GFC Leasing Company,   P. O. Box 2290,   Madison, WI 53701-2290
8956289      +Gary Rinker Trucking,   1625 N 18th Road,   Grand Ridge, IL 61325-9763
8956290      +Geomat, Inc,   14 Graham Avenue, Unit A,   Joliet, IL 60436-2779
8956292       Gordon Flesch Company, Inc,   P. O. Box 992,   Madison, WI 53701-0992
8956293      +H & H Electric,   2830 Commerce Street,   Franklin Park, IL 60131-2927
8956294      +H H Holmes Testing,   C/O: Lawrence M Liebman,   6210 Lincoln Ave,   Morton Grove, IL 60053-2851
8956295       Hinckley Spring Water Company,   P. O. Box 1888,   Bedford Park, IL  60499-1888
8956296      +Hydraulic Engineering Professionals, Inc,   189 Poplar Place, Unit 7,
               North Aurora, IL 60542-8192
8956297      +IDOT,   2300 S Dirkson Parkway,   Springfield, IL 62764-0001
10572352    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114-0326)
9372691      +IUOE Local 150 AFL-CIO,   Dale D Pierson,   GC Local 150 Legal Dept,   6140 Joliet Road,
               Countryside, IL 60525-3956
8956298      +Illinois Dept. Of Transportation,   Bureau Of Construction,   201 W Center Court,
               Schaumburg, IL 60196-3169
8956299       Illinois Power,   P. O. Box 2522,   Decatur, IL  62525-2522
8956300      +J. Doheny,   102 Marberrry Drive,   Prospect Heights, IL 60070-2539
8956301      +Jasco Electric,   2750 Barney Court,   McHenry, IL 60051-4565
8956303      +John Dentamaro,   150 S Wacker Drive, Ste 2650,   Chicago, IL 60606-4206
8956304      +Jordan Reich Kohner Mann & Kailas,   4650 N Port Washington Road,   Milwaukee, WI 53212-1077
8956305      +Koch Materials,   Attn: Fred Blitt,   318 Adams Street, Ste 1600,   Chicago, IL 60606-5100
8956306      +Landmark Contractors,   474 Summit Street,   Elgin, IL 60120-3829
8956307      +Landmark Contractors, Inc,   P. O. Box 1104,   Huntley, IL 60142-1104
8956308      +Landscapes By Gary Weiss,   9314 McConnell Road,   Woodstock, IL 60098-7464
8956309      +Leach Enterprises Inc,   4304 Route 176,   Crystal Lake, IL 60014-3799
8956310      +Libby Johnson,   6 N 202 Prairie Valley Dr.,   St. Charles, IL 60175-8609
10576579      Local 150 I.U.O.E. Vacation Savings Plan,   c/o Jennifer L. Dunitz-Geiringer,
               200 W. Adams Street, Suite 2200,   Chicago, IL  60606-5231
9373612      +Local 150 UOE Vacation Savings Plan,   Catherine M Chapman,   Baum , Sigman Auerbach & Neuman LTD,
               200 W Adams Street Ste 2200,   Chicago, IL 60606-5231
8956311       M & M Patio Company,   155 S Washington Street,   Carpentersville, IL  60110-2625
8956312      +Machinery Components Inc,   Dept. 20-1124,   P. O. Box 5940,   Carol Stream, IL 60197-5940
8956313      +Maintenance Coatings,   543 Woodbury Street,   South Elgin, IL 60177-1379
8956314      +Marking Specialists,   P. O. Box 745,   Arlington Heights, IL 60006-0745
8956315      +Mat Masters,   P. O. Box 702,   Batavia, IL 60510-0702
8956316       Meyer Material,   1318 E State Street,   Rockford, IL  61104-2228
8956317      +Midwest Fence,   900 N Kedzie Avenue,   Chicago, IL 60651-4187
8956318      +Midwest Operating Engineers,   Local 150,   6150 Joliet Road,   Countryside, IL 60525-3994
10576580      Midwest Operating Engineers Fringe Benefit Funds,   c/o Jennnifer L. Dunitz-Geiringer,
               200 W. Adams Street, Suite 2200,   Chicago, IL  60606-5231
10576577      Midwest Operating Engineers Pension Fund,   c/o Jennifer L. Dunitz-Geiringer,
               200 W. Adams Street, Suite 2200,   Chicago, IL  60606-5231
10576576      Midwest Operating Engineers Welfare Fund,   c/o Jennifer L. Dunitz-Geiringer,
               200 W. Adams Street, Suite 2200,   Chicago, IL  60606-5231
8956319      +Morgan Stone & Associates,   1005 Veterans Memorial Blvd., #202,   Kenner, LA 70062-4109
8956320      +National Kurb Kut Of Illinois,   9160 S Route 53,   Naperville, IL 60565-8890
8956321      +National Power Rodding,   2500 W Arthington Street,   Chicago, IL 60612-4108
8956322       National Waterworks, Inc,   P. O. Box 91036,   Chicago, IL 60693-1036
8956323      +Neenah Foundry,   P. O. Box 729,   Neenah, WI 54957-0729
8956324      +Nes Traffic Safety LP,   12225 Disk Drive,   Romeoville, IL 60446-1190
8956325       Nicor Gas,   P. O. Box 416,   Aurora, IL  60568-0001
8956326      +North American Specialty Insurance Co.,   C/O Sedgwick Detert Moran And Arnold,
               One North Wacker Dr., St. 4200,   Chicago, IL 60606-2807
8956327      +North Central Laborers,   Daley & George,   2 First National Plaza, Ste 400,
               Chicago, IL 60603-1835
8956328      +Olive Grove Landscapte,   P.O. Box 802,   Bloomingdale, IL 60108-0802
10576578      Operating Engineers Local 150 Apprenticeship Fund,   c/o Jennifer L. Dunitz-Geiringer,
               200 W. Adams Street, Suite 2200,   Chicago, IL  60606-5231
9373560      +Operating Engineers Local 150 Apprenticeship Fund,   Catherine M Chapman,
               Baum, Sigman, Auerbach & Neuman,   200 W Adams Street Ste 2200,   Chicago, IL 60606-5231
8956329      +Patrick Turner,   2 N LaSalle Street, Ste 1800,   Chicago, IL 60602-3967
8956330      +Patten Industries,   Attn: Jason Harris,   20 N Wacker Drive, Ste 3550,   Chicago, IL 60606-3187
8956331      +Patten Industries,   635 W Lake Street,   Elmhurst, IL 60126-1465
8956332      +Patten Tractor,   5055 S Main Street,   Rockford, IL 61102-5199
8956333       Payne & Dolan,   P. O. Box 781,   Waukesha, WI 53187-0781
8956334      +Peerless Fence,   3 N 381 Powis Road,   West Chicago, IL 60185-1099
9372827      +Pension Fund,   Catherine M Chapman,   Baum Sigman Auerbach & Neuman LTD,
               200 W Adams Street Ste 2200,   Chicago, IL 60606-5231
8956335      +Prairie Material,   Attn: Gary Vanek,   1250 Larkin Avenue, Ste 100,   Elgin, IL 60123-6078
8956336      +Precast Company, Inc,   Dacid M Giangrossi,   130 E Randolph St Ste 3800,   Chicago, IL 60601-6317
8956337      +Precision Stone,   125 Wood Street,   P. O. Box 218,   West Chicago, IL 60186-0218
8956338       Precision Stone Company,   3 N 340 Limberi Lane,   St. Charles, IL  60175-7655
8956339      +Prescast Company,   14 Prospect Court, Unit 11,   Lake In The Hills, IL 60156-9520
8956340      +Priority Products, Inc,   320 N 6th Street,   St. Charles, IL 60174-1712
8956341       Quill Corporation,   P. O. Box 94081,   Palatine, IL  60094-4081
9407073      +RMI,   PO Box 593,   Lansing, IL 60438-0593
8956342      +Reliable Materials,   Attn: John Malm,   1730 Park Street, Ste 210,   Naperville, IL 60563-2689
8956343      +Rental Service Corporation,   3200 Harbor Lane N #100,   Plymouth, MN 55447-8728
8956344      +Riverstone Group, Inc,   1701 Fifth Avenue,   Moline, IL 61265-7900
```

```
District/off: 0752-1          User: amcc7              Page 3 of 3              Date Rcvd: Dec 05, 2006
Case: 05-05645                Form ID: pdf002          Total Served: 166

 8956345      +Rohm & Haas,   Attn: Tom Chase,   574 N McLean Blvd., #2B,    Elgin, IL 60123-3259
 8956346      +Ruiz Construction,   Attn: Kenneth McEvoy,   628 Columbus Street, Ste 107,   Ottawa, IL 61350-2906
 8956349       SBC,   Bill Payment Center,   Chicago, IL 60663-0001
 8956347       Safety Kleen Systems, Inc,   P. O. Box 650509,   Dallas, TX 75265-0509
 8956348      +Satellite Shelters Inv,   2530 Xenium Lane N,   Minneapolis, MN 55441-3627
 8956350      +Scotty's Inc,   3341 S State Street,   Lockport, IL 60441-5226
 8956351      +See's Landscaping,   9811 Cogne Station Road,   Huntley, IL 60142-9639
 8956352      +Shorewest Surety Services, Inc.,   1127 Prairie Drive, Ste 100,   Racine, WI 53406-5662
 8956353      +Silt Fencing Midwest,   7616 38th Street,   Kenosha, WI 53144-7456
 8956354       Sprint,   P. O. Box 650270,   Dallas, TX 75265-0270
 8956355      +Stans Landscaping,   16464 W 143rd Street,   Lockport, IL 60441-6616
 8956356      +Stripe A Lot,   1822 N 41st Road,   Leland, IL 60531-9765
 8956357      +Suburban Lawn,   41 W 481 Route 38,   Elburn, IL 60119-9480
 8956358      +T & T Distribution,   304 Fifth Street,   Peru, IL 61354-2813
10577053      +Thomas Chase,   574 N Mclean Boulevard 2D,   Elgin, IL 60123-3259
 8956359      +Tir Tech Electric Inc,   1320 Enterprise Drive,   Romeoville, IL 60446-1184
 8956360      +Triple G Enterprises,   5100 Main Street, Ste 200,   Downers Grove, IL 60515-4671
 8956361      +Underground Pipe & Valve,   P. O. Box 279,   Plainfield, IL 60544-0279
 8956362      +United Rentals,   3340 48th Avenue,   Moline, IL 61265-6444
 8956363       United Rentals Highway Technologies,   33946 Treasury Center,   Chicago, IL 60694-6300
 9094615      +United Rentals Inc,   880 N Addison Rd,   Villa Park, IL 60181-1153
 8956364      +Valley Block & Supply Company,   13 N 085 Coombs Road,   Elgin, IL 60124-7913
 8956365      +Valley Run Stone,   10425 Joliet Road,   Newark, IL 60541-9399
 8956366       Verison North,   P. O. Box 920041,   Dallas, TX 75392-0041
 8956367       Vulcan Construction Materials,   75 Remittance Drive, Ste 3155,   Chicago, IL 60675-3155
 9372733       Welfare Fund,   Catherine M Chapman,   Baum Sigman Auerbach & Neuman LTD,
                200 W Adams St Ste 2200,   Chicago, IL 60606-5231
 8956368      +Wessels & Pautsch,   2035 Foxfield Drive,   St. Charles, IL 60174-5748
 8956369      +West Bend Mutual,   1900 S 18th Avenue,   West Bend, WI 53095-9791
 8956370      +West Bend Mutual Insurance,   Bin 432,   Milwaukee, WI 53288-0001
 8956371      +West Side Tractor Sales Co.,   P. O. Box 91400,   Chicago, IL 60693-1400

The following entities were served by electronic transmission on Dec 06, 2006.
 8956325       E-mail/Text: bankrup@nicor.com                          Nicor Gas,   P. O. Box 416,
                Aurora, IL 60568-0001
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
auc           All State Auctioneers Inc
cr            CenterPoint Energy Gas Services Inc
cr            Dave Heine Excavating
cr            Rohm & Hass Company
aty*         +Charles J Myler,   Myler Ruddy & McTavish,   111 W Downer Pl Ste 400,   Aurora, IL 60506-6110
aty*         +Charles J Myler,   Myler Ruddy & McTavish,   111 W Downer Pl Ste 400,   Aurora, IL 60506-6110
 8956302*    +Jasco Electric Corporation,   2750 Barney Court,   McHenry, IL 60051-4565
                                                                                            TOTALS: 4, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2006**          **Signature:** *Joseph Speetjens*